No. 11–7382. DE JESUS-VIERA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–7383. DOYLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7385. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7386. GARCIA-TOBIAS, AKA GARCIA-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7387. OSWALDO SARABIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7389. FIGUEROA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7396. GREEN v. FISCHER, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 11–7399. ALONSO-PRIETO, AKA POWELL, AKA MURPHY-PETERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7401. ANDERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7411. SPERLING v. EBBERT, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 11–7412. STATES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7413. MITCHELL v. UNIVERSITY MEDICAL CENTER, INC. C. A. 6th Cir. Certiorari denied.

No. 11–7414. FRANCIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7415. GISI v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.